IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOE MACKEY,

                        Plaintiff,

vs.                                                          Case No.  18-2629

UNITED STATES OF AMERICA,

                        Defendant.

## **NOTICE OF REMOVAL**

       The defendant, United States of America files this notice of removal of the hereinafter mentioned FTCA action from the District Court of Johnson County, Kansas, Olathe, Kansas, to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. § 1442, and alleges and states:

   1.   That United States files this notice by authority of the Attorney General of the United States.

   2.   That an employee of the Federal Bureau of Investigation (FBI), Special Agent Anthony Scheidel, has been named a party defendant in a tort action pending in the District Court of Johnson County, Olathe, Kansas, Case No. 18 CV 5995.

   3.   Although proper service of the above action was effected upon Anthony Scheidel, an employee of the federal government on November 3, 2018, by summons and petition personally served on Carrie Scheidel, the United States Attorney's Office for the District of Kansas has not been served.

   4.   That a copy of the petition entitled "Petition for Damages" was delivered to the United States and is attached hereto and made a part hereof by reference and marked Exhibit A.

5.  Pursuant to the provisions in 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.4, the United States Attorney for the District of Kansas has certified that Special Agent Sheidel was acting within the scope of his employment with the FBI at the time of the incident out of which the plaintiff's claims arise.  *See* Exhibit B:  Certification of Scope of Employment.

6.  Pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 (FTCA) §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), the United States is hereby substituted for the individual defendant Anthony Scheidel with respect to the plaintiff's claims.  *See* Exhibit C:  Notice of Substitution.

7.  That the United States, pursuant to 28 U.S.C. §§ 1442 and 2679(d)(2), has the right at its election and without bond to remove said action against the United States from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas and does elect to remove said action.

WHEREFORE, the United States of America respectfully submits notice that said action aforesaid pending in the District Court of Johnson County, Olathe, Kansas, is hereby removed from that court to the United States District Court for the District of Kansas, and the United States is substituted as the defendant.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
KS S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas  66101
PH: 913.551.6730

FX:  913.551.6541
EM:  Chris.Allman@usdoj.gov

Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that on November 21, 2018, the foregoing was electronically submitted to the Clerk of the Court by electronic mail.  I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Johnson District Court Clerk | Kyle P. Sollars |
| Johnson County Courthouse | Kansas City Accident Injury Attorneys |
| 100 N. Kansas Ave. | 1150 Grand Blvd., Suite 400 |
| Olathe, KS 66061-3273 | Kansas City MO 64106 |
| | Attorney for the Plaintiff |

Special Agent Anthony Scheidel will be provided copies by email.

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney