**Table of Contents**

Exhibit A:  Copy of Petition for Damages filed in the District Court of Johnson County, Olathe, Kansas, titled *Joe Mackey v. Anthony Scheidel*, Case No. 18 CV 5995

Exhibit B:  Certification of Scope of Employment

Exhibit C:  Notice of Substitution