**EXHIBIT - A**

PETITION FOR DAMAGES

18CV05995
Div 11

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

| | |
|---|---|
| JOE MACKEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: |
| v. | ) |
| | ) Division : |
| ANTHONY SCHEIDEL | ) |
| | ) |
| Defendant. | ) |

## PETITION FOR DAMAGES

COMES NOW Plaintiff Joe Mackey and for his cause of action alleges and states as follows:

1. Plaintiff is an individual and was at the time of this accident a resident of the State of Kansas.

2. Defendant is an individual and, on information and belief, is a resident of the State of Kansas.

3. Jurisdiction and venue are proper before this Court as the acts and omissions giving rise to this action occurred in Johnson County, Kansas.

4. On or about October 27, 2016, Plaintiff was driving northbound on I-35 in Johnson County, Kansas, when Defendant crashed his vehicle into the rear of Plaintiff's vehicle.

5. Defendant was negligent and reckless in causing the violent collision in the following respects:

   a. he failed to keep a proper lookout;

   b. he failed to control his vehicle;

   c. he was traveling at an improper speed for the conditions then present;

   d. he failed to stop before violently striking plaintiff's vehicle;

1

*Clerk of the District Court, Johnson County Kansas*
*10/26/18  11:47am MM*

  e. he failed to swerve or attempt adequate evasive maneuvers to avoid colliding with plaintiff's vehicle;

  f. He drove too closely behind Plaintiff, in violation of K.S.A. 8-1523(a), a statute that is intended to protect other motorists on the highways, such as Plaintiff, from the kind of damages that Defendant caused to Plaintiff.

6. As a direct and proximate result of the negligent acts and omissions on the part of defendant, Plaintiff sustained injuries to his person; he has suffered great bodily pain, shock, loss of sleep and rest, mental worry, embarrassment, anguish and nervousness; he has incurred hospital and medical expenses for the treatment and care of his injuries; and he has suffered a loss of wages and income.

WHEREFORE, Plaintiff prays for a judgment against defendant in an amount in excess of $75,000.00 as will fairly and reasonably compensate plaintiff for his damages, for his costs incurred herein, and for such further relief as the Court deems just and proper.

KANSAS CITY ACCIDENT INJURY ATTORNEYS

By: /s/ *Kyle P. Sollars*
James M. Roswold, KS Bar No. 16468
Kyle P. Sollars, KS Bar No. 25982
1150 Grand Boulevard, Suite 400
Kansas City, MO 64106
Telephone: (816) 471-5111
Fax: (816) 359-3163
kyle@kcaccidentattorneys.com
james@kcaccidentattorneys.com
ATTORNEYS FOR PLAINTIFF