IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOE MACKEY,

Plaintiff,

vs.

Case No.  18-2629

UNITED STATES OF AMERIA,

Defendant.

## TRANSCRIPT OF PROCEEDING

Enclosed is the transcript of proceeding from the Clerk of the District Court of Johnson

County, Kansas, in the above captioned case removed from the District Court of Johnson

County, Olathe, Kansas.

Clerk of the District Court
Johnson County, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOE MACKEY,

                        Plaintiff,

vs.                                    Case No.

UNITED STATES OF AMERICA,

                        Defendant.

## ACKNOWLEDGMENT OF SERVICE AND FILING

I, __Lisa A. Wilson__ , Clerk of the District Court of Johnson County,

Kansas, hereby acknowledge receipt of a certified copy of the Notice of Removal in the

above-entitled action on this __Nov.__ , __28__, 2018, and that I have filed the same in the

records of Case No. 2018-CV-005995 on the civil docket of the District Court of Johnson

County, Kansas.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said

Court, at my office in the City of Olathe, Johnson County, Kansas, this __28__day of

__Nov.__ , 2018.

                              Lisa a. Wilson
                              Clerk of the District Court
                              Johnson County, Kansas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOE MACKEY,

$18cv5995$

Plaintiff,

vs.

Case No. 18-2629

UNITED STATES OF AMERICA,

Defendant.

## NOTICE OF REMOVAL

The defendant, United States of America files this notice of removal of the hereinafter

mentioned FTCA action from the District Court of Johnson County, Kansas, Olathe, Kansas, to

the United States District Court for the District of Kansas, pursuant to 28 U.S.C. § 1442, and

alleges and states:

1. That United States files this notice by authority of the Attorney General of the United

States.

2. That an employee of the Federal Bureau of Investigation (FBI), Special Agent Anthony

Scheidel, has been named a party defendant in a tort action pending in the District Court of

Johnson County, Olathe, Kansas, Case No. 18 CV 5995.

3. Although proper service of the above action was effected upon Anthony Scheidel, an

employee of the federal government on November 3, 2018, by summons and petition personally

served on Carrie Scheidel, the United States Attorney's Office for the District of Kansas has not

been served.

4. That a copy of the petition entitled "Petition for Damages" was delivered to the United

States and is attached hereto and made a part hereof by reference and marked Exhibit A.

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2018 NOV 28   PM 2: 03

5. Pursuant to the provisions in 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.4, the United States Attorney for the District of Kansas has certified that Special Agent Sheidel was acting within the scope of his employment with the FBI at the time of the incident out of which the plaintiff's claims arise. *See* Exhibit B: Certification of Scope of Employment.

6. Pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 (FTCA) §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), the United States is hereby substituted for the individual defendant Anthony Scheidel with respect to the plaintiff's claims. *See* Exhibit C: Notice of Substitution.

7. That the United States, pursuant to 28 U.S.C. §§ 1442 and 2679(d)(2), has the right at its election and without bond to remove said action against the United States from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas and does elect to remove said action.

WHEREFORE, the United States of America respectfully submits notice that said action aforesaid pending in the District Court of Johnson County, Olathe, Kansas, is hereby removed from that court to the United States District Court for the District of Kansas, and the United States is substituted as the defendant.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
KS S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: 913.551.6730

FX: 913.551.6541
EM: Chris.Allman@usdoj.gov

Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that on November 21, 2018, the foregoing was electronically submitted to the

Clerk of the Court by electronic mail. I further certify that on this date the foregoing document

and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF

participants:

| | |
|---|---|
| Johnson District Court Clerk | Kyle P. Sollars |
| Johnson County Courthouse | Kansas City Accident Injury Attorneys |
| 100 N. Kansas Ave. | 1150 Grand Blvd., Suite 400 |
| Olathe, KS 66061-3273 | Kansas City MO 64106 |
| | Attorney for the Plaintiff |

Special Agent Anthony Scheidel will be provided copies by email.

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney

**Table of Contents**

Exhibit A:  Copy of Petition for Damages filed in the District Court of Johnson County,
Olathe, Kansas, titled *Joe Mackey v. Anthony Scheidel*, Case No. 18 CV 5995

Exhibit B:  Certification of Scope of Employment

Exhibit C:  Notice of Substitution

**EXHIBIT - A**

PETITION FOR DAMAGES

18CV05995
Div11

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

| | |
|---|---|
| **JOE MACKEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No.:** |
| v. | ) |
| | ) **Division :** |
| **ANTHONY SCHEIDEL** | ) |
| | ) |
| **Defendant.** | ) |

### PETITION FOR DAMAGES

COMES NOW Plaintiff Joe Mackey and for his cause of action alleges and states as follows:

1.  Plaintiff is an individual and was at the time of this accident a resident of the State of Kansas.

2.  Defendant is an individual and, on information and belief, is a resident of the State of Kansas.

3.  Jurisdiction and venue are proper before this Court as the acts and omissions giving rise to this action occurred in Johnson County, Kansas.

4.  On or about October 27, 2016, Plaintiff was driving northbound on I-35 in Johnson County, Kansas, when Defendant crashed his vehicle into the rear of Plaintiff's vehicle.

5.  Defendant was negligent and reckless in causing the violent collision in the following respects:

       a.  he failed to keep a proper lookout;

       b.  he failed to control his vehicle;

       c.  he was traveling at an improper speed for the conditions then present;

       d.  he failed to stop before violently striking plaintiff's vehicle;

    e.  he failed to swerve or attempt adequate evasive maneuvers to avoid colliding
with plaintiff's vehicle;

    f.  He drove too closely behind Plaintiff, in violation of K.S.A. 8-1523(a), a statute
that is intended to protect other motorists on the highways, such as Plaintiff,
from the kind of damages that Defendant caused to Plaintiff.

6.    As a direct and proximate result of the negligent acts and omissions on the part of
defendant, Plaintiff sustained injuries to his person; he has suffered great bodily pain, shock, loss
of sleep and rest, mental worry, embarrassment, anguish and nervousness; he has incurred hospital
and medical expenses for the treatment and care of his injuries; and he has suffered a loss of wages
and income.

WHEREFORE, Plaintiff prays for a judgment against defendant in an amount in excess of
$75,000.00 as will fairly and reasonably compensate plaintiff for his damages, for his costs
incurred herein, and for such further relief as the Court deems just and proper.

### KANSAS CITY ACCIDENT INJURY ATTORNEYS

By:    */s/ Kyle P. Sollars*
        James M. Roswold, KS Bar No. 16468
        Kyle P. Sollars, KS Bar No. 25982
        1150 Grand Boulevard, Suite 400
        Kansas City, MO 64106
        Telephone: (816) 471-5111
        Fax: (816) 359-3163
        kyle@kcaccidentattorneys.com
        james@kcaccidentattorneys.com
        ATTORNEYS FOR PLAINTIFF

2

*Clerk of the District Court, Johnson County Kansas*
*10/26/18  11:47am MM*

**EXHIBIT - B**

CERTIFICATION OF SCOPE OF EMPLOYMENT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

|                        |   |          |
|------------------------|---|----------|
| JOE MACKEY,            | ) |          |
|                        | ) |          |
|    Plaintiff, | ) |          |
| v.                     | ) | Case No. |
|                        | ) |          |
| ANTHONY SCHEIDEL,      | ) |          |
|                        | ) |          |
|    Defendant. | ) |          |

### CERTIFICATION OF SCOPE OF EMPLOYMENT

I, Stephen R. McAllister, am the United States Attorney for the District of Kansas. I have the authority to make scope of employment determinations pursuant to the provisions in 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in my by the Attorney General under 28 C.F.R. § 15.4. I have read the petition in the above-captioned action. On the basis of the information now available with respect to the incident alleged in the petition, I find that Special Agent Anthony Scheidel was acting within the scope of his federal office or employment with the Federal Bureau of Investigation (FBI) at the time of the incident out of which the plaintiff's claims arise.

Dated: 11-20-2018

Stephen R. McAllister
United States Attorney

## **EXHIBIT - C**

NOTICE OF SUBSTITUTION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOE MACKEY,                          )
                                     )
        Plaintiff,                   )
v.                                   )        Case No.
                                     )
ANTHONY SCHEIDEL,                    )
                                     )
        Defendant.                   )

NOTICE OF SUBSTITUTION
OF THE UNITED STATES

PLEASE TAKE NOTICE that, pursuant to the Federal Employees Liability Reform and

Tort Compensation Act of 1988 (FTCA) §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988)

(codified at 28 U.S.C. § 2679), the United States is hereby substituted for the individual

defendant Anthony Scheidel with respect to the plaintiff's claims.   The grounds for this

substitution are:

1. The plaintiff alleges defendant was negligent under Kansas state law in the

operation of a motor vehicle while defendant was employed by the Federal Bureau of

Investigation and that plaintiff was damaged as a result of the defendant's actions.

2. The FTCA provides that a suit against the United States shall be the exclusive remedy

for persons with claims for damages resulting from the negligent or wrongful acts or omissions

of federal employees taken within the scope of their office or employment. 28 U.S.C. §

2679(b)(1). The Kansas state law torts alleged in the plaintiff's complaint fall within this

provision.

3. Upon certification by the Attorney General that a federal employee was acting within

the employee's scope of office or employment at the time of the incident out of which a state law

claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). Certification authority is delegated to the United States Attorneys. 28 C.F.R. § 15.4.

4. Stephen R. McAllister, United States Attorney for the District of Kansas, has certified that, at the time of the conduct alleged, the individual defendant Anthony Sheidel was acting within the scope of his federal office or employment. The Court is respectfully referred to the Certification of Scope of Employment filed as Exhibit B to the United States' Notice of Removal.

For the foregoing reasons, the United States is, by operation of law, substituted as the sole defendant with respect to the claims alleged in the petition. There are two exceptions to the exclusivity provisions, which are codified at 28 U.S.C. § 2679(b)(2). Neither exception applies to the plaintiff's causes of action.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

s/Christopher Allman
Christopher Allman, #14225
Assistant United States Attorney
United States Attorney's Office
500 State Ave., Suite 360
Kansas City, KS 66101
Telephone:    (913) 551-6730
Fax:              (913) 551-6541
Email:           christopher.allman@usdoj.gov

Attorneys for the United States

ECF
DOCUMENT
I hereby attest and certify that this is a
printed copy of a document which was
electronically filed with the United States
District Court for the District of Kansas.
Date filed: 11-21-18
Clerk, U.S. District Court
By: _____ Deputy Clerk

2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT


JOE MACKEY

                Plaintiff                      Case No: 18CV05995
        vs                                Division:   11
                                             K.S.A. Chapter 60

ANTHONY SCHEIDEL

                Defendant


## REQUEST AND SERVICE INSTRUCTION FORM


To:  Clerk of the District Court:


Please issue a SUMMONS and PETITION in this action for ANTHONY SCHEIDEL whose address for service is:

     12033 MILLSTONE DRIVE, APT 4311
     LENEXA, KS 66220


Service by an authorized process server.


                        By: /s/ KYLE P SOLLARS
                        KYLE P SOLLARS, #25982
                        1150 GRAND VLVD STE 400
                        KANSAS CITY, MO 64106
                        816-471-5111




*Clerk of the District Court, Johnson County Kansas*
*10/26/18  11:47am MM*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

JOE MACKEY

               Plaintiff                          Case No: 18CV05995

      vs                                     Division: 11

ANTHONY SCHEIDEL                            K.S.A. Chapter 60

               Defendant

## SUMMONS

To the above-named defendant:

YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

                    Name:   KYLE P SOLLARS
                    Address: 1150 GRAND VLVD STE 400
                              KANSAS CITY, MO 64106
                    Phone:   (816) 471-5111

Within 21 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



                                    /s/ Lisa A. Wilson
                                      Clerk of the District Court

Dated:  October 26, 2018

Johnson County Court House, 100 N. Kansas Ave. Olathe, KS 66061

*Clerk of the District Court, Johnson County Kansas*
10-26-2018 16:38:03 VBI
***Clerk of the District Court, Johnson County Kansas***
***11/16/18 10:55am IM***

## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | |
|---|---|
| **JOE MACKEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No.:** |
| **v.** | ) |
| | ) **Division :** |
| **ANTHONY SCHEIDEL** | ) |
| | ) |
| **Defendant.** | ) |

### PETITION FOR DAMAGES

COMES NOW Plaintiff Joe Mackey and for his cause of action alleges and states as follows:

1.    Plaintiff is an individual and was at the time of this accident a resident of the State of Kansas.

2.    Defendant is an individual and, on information and belief, is a resident of the State of Kansas.

3.    Jurisdiction and venue are proper before this Court as the acts and omissions giving rise to this action occurred in Johnson County, Kansas.

4.    On or about October 27, 2016, Plaintiff was driving northbound on I-35 in Johnson County, Kansas, when Defendant crashed his vehicle into the rear of Plaintiff's vehicle.

5.    Defendant was negligent and reckless in causing the violent collision in the following respects:

        a.  he failed to keep a proper lookout;

        b.  he failed to control his vehicle;

        c.  he was traveling at an improper speed for the conditions then present;

        d.  he failed to stop before violently striking plaintiff's vehicle;



CERTIFICATE OF CLERK OF THE DISTRICT COURT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL INSTRUMENT FILED ON THE _____ DAY OF _____ 20_____ AND RECORDED IN THIS COURT, 10th JUDICIAL DISTRICT, JOHNSON COUNTY, KANSAS
DATED THIS _____ DAY OF _____ 20_____
CLERK OF THE DISTRICT COURT
BY _____ DEPUTY

1

*Clerk of the District Court, Johnson County Kansas*
*10/26/18  11:47am MM*

e.  he failed to swerve or attempt adequate evasive maneuvers to avoid colliding with plaintiff's vehicle;

f.  He drove too closely behind Plaintiff, in violation of K.S.A. 8-1523(a), a statute that is intended to protect other motorists on the highways, such as Plaintiff, from the kind of damages that Defendant caused to Plaintiff.

6.  As a direct and proximate result of the negligent acts and omissions on the part of defendant, Plaintiff sustained injuries to his person; he has suffered great bodily pain, shock, loss of sleep and rest, mental worry, embarrassment, anguish and nervousness; he has incurred hospital and medical expenses for the treatment and care of his injuries; and he has suffered a loss of wages and income.

WHEREFORE, Plaintiff prays for a judgment against defendant in an amount in excess of $75,000.00 as will fairly and reasonably compensate plaintiff for his damages, for his costs incurred herein, and for such further relief as the Court deems just and proper.

KANSAS CITY ACCIDENT INJURY ATTORNEYS

By:   /s/ *Kyle P. Sollars*
James M. Roswold, KS Bar No. 16468
Kyle P. Sollars, KS Bar No. 25982
1150 Grand Boulevard, Suite 400
Kansas City, MO 64106
Telephone: (816) 471-5111
Fax: (816) 359-3163
kyle@kcaccidentattorneys.com
james@kcaccidentattorneys.com
ATTORNEYS FOR PLAINTIFF

18CV05995
Div11

## AFFIDAVIT OF SERVICE

State of Kansas                    County of Johnson                    District Court

Case Number: 18CV05995

Plaintiff/Petitioner:
**JOE MACKEY**

vs.

Defendant/Respondent:
**ANTHONY SCHEIDEL**

Received by HPS Process Service & Investigations to be served on **Anthony Scheidel, 12033 Millstone Drive, Apartment 4311, Lenexa, KS 66220**.

I, JOSEPH BASKA, being duly sworn, depose and say that on the **3rd day of November, 2018 at 6:44 pm,** I:

SUBSTITUTE SERVED this **Summons; and Petition for Damages** to **Carrie Scheidel** as SPOUSE of the within named defendant at **12033 Millstone Drive, Apartment 4311, Lenexa, KS 66220**, their shared residence .

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the _____ day
of _____ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC
REBEKAH FLANERY
My Commission Expires
October 13, 2019
Clay County
Commission #15420958

**JOSEPH BASKA**
Process Server

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2018019147

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h

*Clerk of the District Court, Johnson County Kansas*
*11/16/18  10:55am IM*

