# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOE MACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) No. 18-2629-KHV |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

**( )** **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )** **DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order Of Dismissal (Doc. #11) filed May 23, 2019, this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:   5/23/2019                           TIMOTHY M. O'BRIEN, CLERK

                                             s/ Andrea Schreyer
                                             Deputy Clerk